FILED
2015 Jul-15 PM 01:58
U.S. DISTRICT COURT
N.D. OF ALABAMA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINEWORKS ENGINEERING, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:14-cv-02018-HGD |
| ) | |
| AERIAL SURVEYING, INC., ) | |
| ) | |
| Defendant ) | |

**O R D E R**

On June 29, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. It is, therefore, ORDERED, ADJUDGED and DECREED that plaintiff's Motion to Remand is due to be and hereby is DENIED.

DONE this 15th day of July, 2015.

                                                                        _____
                                                                        WILLIAM M. ACKER, JR.
                                                                        UNITED STATES DISTRICT JUDGE